UNITED STATES DISTRICT COURTS

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 OCT -4  P 2: 29

SIGN_____
BY DEPUTY CLERK

MIDDLE DISTRICT OF LOUISIANA

RACHELLE GUILLORY
(DOC #484177)

VERSUS

SGT. JERSEY LEWIS

CIVIL ACTION

NO. 06-582-A

## RULING ON
## MOTION FOR PARTIAL SUMMARY JUDGMENT

The court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 17, 2007 (doc. 29), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendant's motion for partial summary judgment for failure to exhaust administrative remedies (doc. 10) is granted in part, dismissing any claims the plaintiff may have made for verbal harassment and threats for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). In all other respects the defendant's motion for partial summary judgment is denied.

Baton Rouge, Louisiana, October 4, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA