UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RACHELLE GUILLORY
(DOC #484177)

VERSUS

SGT. JERSEY LEWIS

CIVIL ACTION

NO. 06-582-A

## RULING ON
## MOTION TO DISMISS

The court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 17, 2007 (doc. 28). Plaintiff has filed an objection (doc. 31) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendant's motion to dismiss (doc. 8) is granted with respect to the plaintiff's claims against the defendant in his official capacity and for punitive damages claims. In all other respects the defendant's motion is denied.

Baton Rouge, Louisiana, October 4, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA